# Third District Court of Appeal
## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1010
Lower Tribunal No. F06-43329
_____

**Weder Vilsaint,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Weder Vilsaint, in proper person.

James Uthmeier, Attorney General, and Ryan Patrick Schelwat, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.